IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DALE ANTWUN DAVIS,

    Plaintiff,

v.                                                   4:18cv153–WS/CAS

JULIE JONES, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 9) docketed October 18, 2018. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and to comply with an order of the court. Plaintiff has filed objections (doc. 10) to the report and recommendation.

Upon review of the record in light of Plaintiff's objections, this court has determined that the Plaintiff's case should be dismissed as recommended by the magistrate judge. *See* Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (*per curiam*) ("The court may dismiss an action

*sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order."). By order entered April 20, 2018, the magistrate judge directed Plaintiff to submit, no later than May 22, 2018, (1) a second amended complaint, and (2) either the filing fee or an in forma pauperis motion. On Plaintiff's motion for extension of time, the magistrate judge extended the deadline for such submissions to June 29, 2018. The magistrate judge advised Plaintiff in three separate orders (ECF 4, 6, & 8) that, if Plaintiff failed to submit the items as ordered, his case would be subject to dismissal. On October 18, 2018, Plaintiff having failed to submit any of the required items despite having ample time to do so, the magistrate judge recommended to the undersigned that Plaintiff's case be dismissed. Because the record amply supports the magistrate judge's recommendation of dismissal, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 9) is ADOPTED and incorporated by reference into this order.

    2. The plaintiff's complaint and this action are hereby DISMISSED without prejudice for failure to prosecute and to comply with an order of the court.

    3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

    DONE AND ORDERED this __14th__ day of __November__, 2018.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE